AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original   ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
02/26/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____DVE_____ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
02/26/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: _____KH_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| United States of America<br><br>v.<br><br>Johnathan Allen Green,<br><br>Defendant | Case No. **8:21-mj-00136-DUTY** |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of February 24, 2021, in the county of Orange in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Unlawful possession of ammunition by a felon |

This criminal complaint is based on these facts:

   *Please see attached affidavit.*

   ☒ Continued on the attached sheet.

/s/
Complainant's signature

James Boline, Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: February 26, 2021

/s/ Autumn D. Spaeth
*Judge's signature*

City and state: Santa Ana, California

Hon. Autumn D. Spaeth, U.S. Magistrate Judge
*Printed name and title*

AUSA D. Ahn (714) 338-3539

**AFFIDAVIT**

I, James Boline, being duly sworn, declare and state as follows:

## I.  INTRODUCTION

1.  I am a Detective with the Fullerton Police Department ("FPD") and also a federally deputized Task Force Officer ("TFO") presently working with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").  As a TFO with the ATF, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 3051, and I am empowered by law to conduct investigations and make arrests for offenses against the United States.

2.  I am assigned to the ATF Orange County Violent Crime Task Force ("OCVCTF").  The OCVCTF is responsible for, among other things, investigating violations of federal law involving criminal street gangs, possession of firearms by prohibited persons, possession of stolen firearms, possession of machineguns, the illegal distribution of firearms and narcotics, and violent crime to include robberies. I was an FPD Police Officer/Detective for approximately 15 years before joining the task force.

3.  I have specialized training and experience in investigations of narcotics trafficking and criminal street gangs.  During my tenure as a Police Officer, as well as an ATF TFO, I have conducted and participated in numerous investigations of criminal activity, including, but not limited to, robberies. Since joining the OCVCTF in 2019, I have

specialized in investigations of robberies, firearms violations, drug trafficking, and gang activity. I have participated in the execution of numerous federal and state arrest and search warrants.

## II.  PURPOSE OF AFFIDAVIT

4.  This affidavit is made in support of an application for issuance of an arrest warrant and criminal complaint charging Johnathan Allen GREEN ("GREEN") with unlawfully possessing ammunition, in violation of 18 U.S.C. § 922(g)(1) (unlawful possession of ammunition by a felon).

5.  The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III.  STATEMENT OF PROBABLE CAUSE

6.  I have reviewed police reports written by Officer Hampton, Officer Jarvis, Officer Manes, Officer Arenas, Officer Fabrigas, and Officer Earnest of the FPD regarding an incident that occurred on February 24, 2021, and learned the following facts:

**A.     Radio call at Walgreens**

7.    On February 24, 2021, at approximately 3:19 am, officers were dispatched to the area of the Walgreens Store, located at 1826 W. Orangethorpe Ave., Fullerton, CA, regarding a suspicious vehicle.  The notes of the call stated, "WHT SEDAN OCC'D BY MALE ,, VEH HAS BEEN 97 FOR PAST HOUR W/HEADLIGHTS ON,, SUBJ POSS PASSED OUT."

8.    Officer Earnest located a white Chevrolet Impala, bearing CA license 8RDW340, in the northwest portion of the Walgreens parking lot with the lights on.  A record check showed Jonathan GREEN to be a registered owner along with Jenasea Romero.  Officer Earnest was unable to see inside any of the side windows due to the extremely dark tint.  Through the front window, Officer Earnest could see a male, later identified as GREEN.  GREEN was laying with his upper torso leaned toward the front passenger seat.  Officer Earnest looked at the front passenger seat from outside the vehicle and saw a black handgun in plain view on top of the seat.

9.    Officer Hampton arrived shortly after Officer Earnest and saw GREEN sitting in the Impala.  Officer Hampton recognized GREEN from numerous previous contacts.  Officer Hampton also had prior knowledge that GREEN was a previously convicted felon and had recently been released from prison.

10.   Several commands where given for GREEN to exit the vehicle; however, he failed to comply with the commands.  Due to GREEN being a convicted felon, possessing a firearm, and failing to

3

comply with commands to exit, Officer EARNEST deployed a less lethal round at the driver's side rear window to obtain a better view inside the vehicle as well as to gain access to detain GREEN. Ultimately, GREEN exited the vehicle.

11.  After GREEN was detained, Officer Jarvis retrieved a black Hi-Point, model C9, 9mm pistol, bearing serial number P108506, from the front passenger seat.  The firearm was black with white grips and with a skull pattern on it.  Officer Jarvis removed the magazine from the firearm and found it to be loaded with eight rounds of ammunition.  There was no round in the chamber.

12.  Inside GREEN's vehicle, behind the driver's side seat on the floorboard, Officer Arenas found a plastic grocery bag that contained a black plastic bag.  Inside the black bag he located two large zip plastic baggies containing a white crystalline substance that he believed to be methamphetamine.  Furthermore, on the bottom of the black grocery bag was loose suspected methamphetamine.

13.  Officer Arenas later booked the suspected methamphetamine at the FPD evidence room.  Officer Arenas noted the following amounts of suspected methamphetamine as being recovered from GREEN's vehicle: one zip lock baggie containing 440 grams, one zip lock baggie containing 87 grams, and 18 grams loose in the bottom of the black bag.  The total amount of suspected methamphetamine recovered from GREEN's car was 545 grams.

14. In the trunk, Officer Fabrigas located a black "Nc Star" ballistic tactical vest model "Vism." Officer Fabrigas recovered the ballistic vest and later booked it into evidence.

**B.   Interview of GREEN**

15. Officer Hampton transported GREEN to Fullerton jail without incident. While at FPD, Hampton advised GREEN of his Miranda Rights per his department issued card. GREEN said he understood all of his rights and he did not provide a statement.

**C.   GREEN's Criminal History**

16. Based on my review of GREEN's criminal history, I learned that GREEN has the following prior felony convictions and domestic violence convictions:

   a.   Inflict corporal injury on cohabitant/spouse, in violation of California Penal Code § 273.5(a), and willful cruelty to a child, in violation of California Penal Code § 273A(B), in California Superior Court, County of Orange, case number 05NF0761, on or about July 19, 2005, for which he was sentenced to 180 days' jail and 3 years of probation;

   b.   Personate to make others liable, in violation of California Penal Code § 529.3, and possession of a loaded firearm, in violation of California Penal Code § 12031(A)(1)/(A)(2)(E), in California Superior Court, County of Orange, case number 06NF4011, on or about December 4, 2006, for which he was sentenced to 16 months' imprisonment;

   c.   Second degree robbery, in violation of California Penal Code § 211, and obstructing officers, in violation of California Penal Code § 148(a)(1), in California Superior Court,

5

County of Orange, case number 08NF2721, on or about February 27, 2009, for which he was sentenced to 3 years' probation/217 days of jail;

  d. Battery spouse/ex-spouse/date, in violation of California Penal Code § 243(E)(1), in California Superior Court, Orange County, case number 18CM01158, on or about February 8, 2012, for which he was sentenced to 3 years of probation and 90 days of jail;

  e. Battery spouse/ex-spouse/date, in violation of California Penal Code § 243(E)(1), and violate domestic violence protection order, in violation of California Penal Code § 273.6(a), in California Superior Court, Orange County, case number 15NM12798, on or about October 5, 2015, for which he was sentenced to 4 years of probation and 150 days of jail;

  f. Inflict corporal injury on cohabitant/spouse (with previous conviction of same within previous 7 years), in violation of California Penal Code § 273.5(a)/(F)(1), and willful cruelty to a child, in violation of California Penal Code § 273A(B), in California Superior Court, Orange County, case number 18NF1317, on or about March 25, 2019, for which he was sentenced to 4 years of prison;

  g. Take vehicle without owner's consent, in violation of California Vehicle Code § 10851(A), in California Superior Court, Riverside County, case number RIF128990, on or about May 14, 2007, for which he was sentenced to 16 months of prison;

   h. Violate domestic violence protection order, in violation of California Penal Code § 273.6(a), in California Superior Court, Orange County, case number 12CM02646, on or about March 29, 2012, for which he was sentenced to 12 days of jail;

   i. Inflict corporal injury on cohabitant/spouse, in violation of California Penal Code § 273.5(a), and violate domestic violence protection order, in violation of California Penal Code § 273.6(a), in California Superior Court, Orange County, case number 13CM01093, on or about April 18, 2013, for which he was sentenced to 3 years of probation and 120 days of jail;

   j. Contempt/violate protective order, in violation of California Penal Code § 166(C)(1), in California Superior Court, Orange County, case number 13NM06881, on or about November 7, 2014, for which he was sentenced to 3 years of probation and 4 days of jail; and

   k. Possession of a firearm with a previous violent offense, in violation of California Penal Code § 29900(A)(1), carrying a loaded firearm, in violation of California Penal Code § 25850(A), felon in possession of a firearm, in violation of California Penal Code § 29815(A), and possession of a high capacity magazine, in violation of California Penal Code § 32310(A), in California Superior Court, Orange County, case number 18CF2489, on or about March 25, 2019, for which he was sentenced to 16 months in prison.

**D.     Interstate Nexus**

17.   On February 25, 2021, I forwarded information regarding the firearm and ammunition recovered from GREEN to ATF Special Agent ("SA") Jeffrey Davis, an interstate nexus expert. SA Davis determined that the ammunition marked "FC 9mm Luger" recovered from GREEN was manufactured by Federal Cartridge Company in Idaho or Minnesota, and the ammunition marked "S&B 9x19 19" recovered from GREEN was manufactured by Sellier & Bellot in the Czech Republic.

## IV. CONCLUSION

18.   For all the reasons described above, there is probable cause to believe that GREEN has committed a violation of 18 U.S.C. § 922(g)(1) (unlawful possession of ammunition by a felon).

                                                                         /s/
                                                                    JAMES BOLINE
                                                                    Task Force Officer, ATF
                                                                    Detective, FPD

Attested by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  26 th day of
February, 2021.


      /s/ Autumn D. Spaeth
UNITED STATES MAGISTRATE JUDGE